**STATE of Missouri, Respondent,**

v.

**Donald Lee TATE, Appellant.**

**No. 47966.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 19, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1984.

William P. Grant, Clayton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

This is defendant's second appeal from his convictions, after a jury trial, of forcible rape, forcible sodomy, burglary in the first degree, and two counts of robbery in the first degree. *See State v. Tate*, 657 S.W.2d 727 (Mo.App.1983). Defendant was sentenced to a total of ninety-five years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).